JRS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DORIAN CLARK a/k/a STEVEN JACOBS, <br>     Plaintiff, <br><br> v. <br><br> CITY OF PHILADELPHIA, *et al.*, <br>     Defendants. | : <br> : <br> : <br> : <br> : <br> : CIVIL ACTION NO. 19-CV-2053 <br> : <br> : <br> : |

FILED
JUL 01 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 1st day of July, 2019, upon consideration of Plaintiff Dorian Clark a/k/a Steven Jacobs's Second Amended Complaint (ECF No. 12), it is **ORDERED** that:

1. Clark's Second Amended Complaint is **DISMISSED with prejudice** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons in the Court's Memorandum.

2. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

JUAN R. SANCHEZ, C.J.

7/2/19 mailed
Clark

ENT'D JUL - 2 2019